No. A–587 (73–921). GROSSMAN *v.* STATE BAR GRIEVANCE BOARD ET AL. Sup. Ct. Mich. Application for stay of order of the Supreme Court of Michigan presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–635. FRANKS *v.* WILSON, JUDGE, ET AL. Application for stay of execution and enforcement of judgment of the United States District Court for the District of Colorado presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.